UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL KREPS, et al.,

    Plaintiffs,

Case No. 22-12020

vs.

HON. MARK A. GOLDSMITH

MICHIGAN UNEMPLOYMENT INSURANCE
AGENCY, et al.,

    Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE AS MOOT (Dkt. 9)

Defendants filed a motion to dismiss (Dkt. 9). Plaintiffs have since filed an amended complaint (Dkt. 10). Accordingly, Defendants' motion to dismiss is denied without prejudice as moot.

SO ORDERED.

Dated: November 29, 2022       s/Mark A. Goldsmith
    Detroit, Michigan      MARK A. GOLDSMITH
     United States District Judge