UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Paul Kreps, et al.,

                              Plaintiff(s),

v.                                               Case No. 2:22−cv−12020−MAG−KGA
                                                           Hon. Mark A. Goldsmith

Michigan Unemployment
Insurance Agency, et al.,

                              Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Altman pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                   s/Mark A. Goldsmith
                                                 Mark A. Goldsmith
                                                 United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                 s/K Sandusky
                                                 Case Manager

Dated: April 17, 2024