UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL KREPS, ET AL,

    Plaintiffs,                           Case No. 2:22-cv-12020

v.

MICHIGAN UNEMPLOYMENT          Hon. Mark A. Goldsmith
INSURANCE AGENCY, ET AL,

    Defendants.

---

## JUDGMENT

Judgment is entered in accordance with the Court's March 24, 2025 Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment (Dkt. 110) and Denying Plaintiffs' Motion for Partial Summary Judgment (Dkt. 72) (Dkt. 142) and the May 9, 2025 Stipulated Order of Dismissal as to Count IV (Dkt. 147).

All other pending motions in this case (Dkts. 104, 105, 106, 107, 111) are denied as moot.

The case is closed.

**IT IS SO ORDERED**

Dated: May 9, 2025                           s/Mark A. Goldsmith
Detroit, Michigan                          MARK A. GOLDSMITH
                                            United States District Judge